# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2021

## NO. 03-19-00590-CV

**Misty Trust and Jerry Hofrock, Appellants**

**v.**

**John Jellison, Appellee**

## APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
## DISMISSED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on July 17, 2019. Having reviewed the record, the Court holds that Misty Trust has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court and that the Court lacks jurisdiction over the appeal of Jerry Hofrock. Therefore, the Court dismisses appellant Misty Trust's appeal for want of prosecution and appellant Hofrock's appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.